**Albert WITT, Jr., v. AMERICAN TRUST COMPANY et al.**

**No. 9757.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 24, 1941.

Harold E. Haven and Courtney L. Moore, both of San Francisco, Cal., for appellant.

Brobeck, Phleger & Harrison and A. M. Dreyer, all of San Francisco, Cal., for appellee American Trust Co.

Albert C. Agnew, of San Francisco, Cal., for appellee Federal Reserve Bank.

Grant H. Wren and Milton Newmark, both of San Francisco, Cal., for appellee Brainard.

Before GARRECHT and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and mandate of this court issued forthwith.

**UNITED STATES of America, Appellee, v. Thomas SAMARGI, Appellant.**

**No. 209.**

Circuit Court of Appeals, Second Circuit.

March 3, 1941.

Bertram G. Eadie, of St. George, S. I., N. Y. (Thomas Nunley, of St. George, S. I., N. Y., on the brief), for appellant.

Harold M. Kennedy, U. S. Atty., and Vine H. Smith, Asst. U. S. Atty., both of Brooklyn, N. Y., for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Edna MAGONIGLE, Plaintiff-Appellant, v. Margaret A. JAMISON and Martha A. Jamison, Individually and as Copartners Doing Business under the Firm Name and Style of Jay Street Terminal, Defendants-Appellees.**

**No. 205.**

Circuit Court of Appeals, Second Circuit.

March 3, 1941.

Leon A. Fischel, of New York City (Arthur N. Blair, of Brooklyn, N. Y., of counsel), for appellant.

Daniel Miner, of New York City (Clarence S. Zipp and William S. O'Connor, both of New York City, of counsel), for appellees.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Garthe v. Ruppert, 264 N.Y. 290, 190 N.E. 643.